STATE of Missouri, Respondent,

v.

Stephan BOURE, Appellant.

Nos. WD 41947, WD 43532.

Missouri Court of Appeals,
Western District.

July 16, 1991.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

In this consolidated proceeding, Stephan Boure appeals from his conviction of pos-

sessing a weapon in a correctional institution in violation of § 217.360.1(4), RSMo 1986, and from denial of his Rule 29.15 motion for post-conviction relief.

Conviction and denial of post-conviction relief affirmed. Rules 30.25(b) and 84.-16(b).